**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1045**

ROBERT B. BROUGHTON, JR.; CELESTE G. BROUGHTON,

             Plaintiffs - Appellants,

        v.

JOHN N. MCCLAIN, JR.; ROBERT GALEY; WELLS FARGO & COMPANY,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:13-cv-00454-H)

Submitted: May 13, 2015              Decided: May 18, 2015

Before MOTZ, SHEDD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert B. Broughton, Jr., Celeste G. Broughton, Appellants Pro Se. William Sidney Aldridge, NICHOLLS & CRAMPTON, PA, Raleigh, North Carolina; Debbie Weston Harden, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert B. Broughton, Jr. and Celeste G. Broughton appeal the district court's order denying their motion for sanctions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Broughton v. McClain, No. 5:13-cv-00454-H (E.D.N.C. Dec. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED